**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: C.B., A MINOR | : | No. 457 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: A.B., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: K.B., A MINOR | : | No. 458 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: A.B., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: A.B., A MINOR | : | No. 459 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: A.B., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: C.B., A MINOR | : | No. 460 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: S.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: K.B., A MINOR | : | No. 461 EAL 2021 |
| | : | |
| | : | |
| APPEAL OF: S.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: A.B., A MINOR | : | No. 462 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: S.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: Y.C., A MINOR | : | No. 463 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: S.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.